UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID FLUKER and <br> LARRYEL ROBIHO <br>     PETITIONERS | * <br><br> * | CIVIL ACTION NO. <br><br> SECTION: |
| VERSUS | * | |
| UNITES STATES POSTAL SERVICE <br> and JANE DOE <br>     DEFENDANTS | * <br><br> * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, come petitioners DAVID FLUKER and LARRYEL ROBIHO, who respectfully assert their complaints against defendants as set forth below:

I.

Petitioners, David Fluker and Larryel Robiho are persons of the full age of majority and residents of the State of Louisiana.

II.

Made defendants herein are:

    a. UNITED STATES POSTAL SERVICE, believed to be a United States Governmental Agency; and

b. JANE DOE (a fictitious name whose identity may become known), believed to be a person of the full age of majority and at all times material hereto, an employee of defendant, USPS, acting with the course and scope of employment.

III.

Jurisdiction of this Court is based upon a U. S. Government defendant.

IV.

Petitioners bring this litigation for damages suffered on or about October 26, 2020. Petitioners aver that damages and injuries were sustained as a result of the negligence of defendants as more fully described herein:

V.

On February 1, 2021, Petitioners filed an Administrative claim (Form SF95) with the United States Postal Service. Said claim was received by the United States Postal Service on February 5, 2021. Said claim has not been adjudicated. Accordingly, this Court has Jurisdiction over this matter.

VI.

Petitioners pray and aver that the Court evoke its authority to hear the claims of petitioners and that pendent jurisdiction be had of these claims, and pursuant to a U. S. Government defendant.

FACTS

VII.

On or about October 20, 2020, petitioner, David Fluker, was operating a vehicle owned by Larryel Robiho when it was struck in the rear by a U. S. Postal Service truck being operated

by Jane Doe. The crash caused extensive personal injuries to David Fluker and property damage to the vehicle owned by Larryel Robiho.

VIII.

At all times pertinent, defendant Jane Doe was in the course and scope of her employment with the defendant, U. S. Postal Service. U. S. Postal Service is liable for damages caused by its employee's negligence, and not limited to the following acts of negligence:

IX.

CAUSES OF ACTION

Petitioners aver that the accident was caused through no fault or negligence on their part and that the sole and proximate cause of the accident was due to the negligence of the defendant, Jane Doe, and that she was acting in the course and scope of her employment as an employee of defendant, U. S. Postal Service. U. S. Postal Service is liable for damaged caused by its employees negligence, and not limited to the following:

- A. Reckless and careless operation of her vehicle;
- B. Failure to keep her vehicle under control;
- C. Failure to act as a reasonable person under the circumstances then and there existing;
- D. Negligently failing to see what she should have seen at the time of the accident;
- E. Any and all other acts of negligence which will be proven at the time of trial.

All of which are violations of the rules of the road and the statutes and laws of Louisiana, which are herein made reference to as if copied in extension.

X.

DAMAGES

Petitioners aver that as a result of the negligence and gross negligence of defendants, that petitioners have suffered damages included but not limited to the following:

Petitioner, David Fluker, has suffered past, present and future mental pain and anguish, past, present and future physical pain and suffering, past, present and future loss of enjoyment of life, past, present and future lost wages and loss of earning capacity, past, present and future medical expenses and past, present and future loss of consortium in an aggregate amount of $1,000,000.00. Petitioner, Larryel Robiho, has sustained property damages to her vehicle. Both Petitioners are due punitive damages in an amount to be determined by the Court if circumstances justify such an award.

XI.

Should discovery indicate that any or all defendants acted recklessly or were grossly negligent, petitioners are entitled to recover punitive damages. Specifically, petitioners assert that they are entitled to discovery regarding training, supervision, knowledge and efforts to avoid or eliminate the circumstances that led to the accident in question.

WHEREFORE, Petitioners, David Fluker and Larryel Robiho, pray that the defendants Jane Doe and U. S. Postal Service be served with a copy of this Complaint, that defendants be cited to appear and answer same, and that after due proceedings are had, there be judgment rendered in favor of David Fluker and Larryel Robiho, and against defendants, United States Postal Service and Jane Doe, for all damages that are reasonable in the premises, for legal

interest on all amounts from the date of judicial demand until paid, for the costs of these proceedings, including expert witness fees, and for all general and equitable relief available in such circumstances.

Respectfully submitted:

GAUDIN AND GAUDIN

KEVIN A. RIETH – BAR NO. 17115
HILARY G. GAUDIN – BAR NO. 24427
1088 4TH Street
Gretna, LA 70053
Telephone: (504) 368-6500
Fax: (504) 368-6511